**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:_____7208 Lake Hawkins, Arlington, TX 76002

Address of Defendant:_____2501 Seaport Drive, Chester, PA 19013

Place of Accident, Incident or Transaction:_____Delaware County, PA
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))          Yes☐   No☒

Does this case involve multidistrict litigation possibilities?          Yes☐   No☒

*RELATED CASE, IF ANY:*

Case Number:_____   Judge_____   Date Terminated:_____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?

          Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?

          Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?          Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?

          Yes☐   No☒

---

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify)     **Telephone Consumer Protection Act 47 U.S.C. §227, et seq.**

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*

I,__Michael  D. Shaffer_____, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE:__1/28/11_____          _____          ___60190___
                                                    Attorney-at-Law                    Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

---

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE:__1/28/11_____          _____          ___60190___
                                                    Attorney-at-Law                    Attorney I.D.#

CIV. 609 (6/08)

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA** DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _____ 7208 Lake Hawkins, Arlington, TX 76002 _____

Address of Defendant: _____ 2501 Seaport Drive, Chester, PA 19013 _____

Place of Accident, Incident or Transaction: _____ Delaware County, PA _____

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☐   No☒

Does this case involve multidistrict litigation possibilities?     Yes☐   No☒

*RELATED CASE, IF ANY:*

Case Number: _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?     Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?     Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?     Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) **Telephone Consumer Protection Act 47 U.S.C. §227, et seq.**

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

**ARBITRATION CERTIFICATION**

*(Check Appropriate Category)*

I, _Michael D. Shaffer_____, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: _1/28/11_____     _____     _60190_____
                              Attorney-at-Law                Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _1/28/11_____     _____     _60190_____
                              Attorney-at-Law                Attorney I.D.#

CIV. 609 (6/08)

JS 44 (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Claudia Johnson

## DEFENDANTS

Wells Fargo Auto Finance, Inc.

**(b)** County of Residence of First Listed Plaintiff    Tarrant, Texas

County of Residence of First Listed Defendant    Delaware, PA

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, Telephone Number and Email Address)

Michael D. Shaffer, Esquire, SHAFFER & GAIER, LLC, 1617 JFK Boulevard, One Penn Center, Suite 946, Philadelphia, PA 19103 (215) 751-0100, mshaffer@shaffergaier.com

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
47 U.S.C. § 227 et seq. - Telephone Consumer Protection Act

Brief description of cause:
"Prohibited Calls"

## VII. REQUESTED IN COMPLAINT:

☑ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 6,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes   ☐ No

## VIII. RELATED CASE(S)

(See instructions)

JUDGE _____  DOCKET NUMBER _____

Explanation:

DATE    1-28-11

SIGNATURE OF ATTORNEY OF RECORD

01/27/2011

JS 44 Reverse (Rev. 12/07, NJ 1/08)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**    **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**    **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**          Example:          U.S. Civil Statute: <u>47 USC 553</u>
Brief Description: <u>Unauthorized reception of cable service</u>

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases. Provide a brief explanation of why the cases are related.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| CLAUDIA JOHNSON, on behalf of herself and all others similarly situated, | : : : | CIVIL ACTION |
| v. | : : | |
| WELLS FARGO AUTO FINANCE, INC. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.                                   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.                                                                             ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)                                                                              (X)

(f) Standard Management – Cases that do not fall into any one of the other tracks.               ( )


| | | |
|---|---|---|
| __1/28/11__ | __Michael D. Shaffer__ | __MDS 2227__ |
| **Date** | **Attorney-at-law** | **Attorney for Plaintiff** |
| __(215) 751-0100__ | __(215) 751-0723__ | __mshaffer@shaffergaier.com__ |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**Civil Justice Expense and Delay Reduction Plan**
**Section 1:03 - Assignment to a Management Track**

(a)      The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)      In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)      The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)      Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)      Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

## SPECIAL MANAGEMENT CASE ASSIGNMENTS
### (See §1.02 (e) Management Track Definitions of the
### Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| Claudia Johnson | ) | |
| | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. |
| Wells Fargo Auto Finance, Inc. | ) | |
| | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wells Fargo Auto Finance, Inc.
2501 Sea[port Drive
Chester, PA 19013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael D. Shaffer, Esquire
Shaffer & Gaier, LLC
1617 JFK Boulevard, Suite 946
Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Michael E. Kunz*
*Clerk of Court*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLAUDIA JOHNSON, on behalf of herself and all others similarly situated,** | **CASE NO.** |
| **Plaintiff,** | **CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 *ET SEQ.*** |
| **vs.** | |
| **WELLS FARGO AUTO FINANCE, INC.** | |
| **Defendant.** | |
| | **Jury Trial Demanded** |

Claudia Johnson ("Plaintiff"), individually and on behalf of all others similarly situated, allege on personal knowledge, investigation of counsel, and on information and belief as follows:

## INTRODUCTION AND NATURE OF ACTION

1.     Plaintiff brings this action for statutory damages, injunctive relief and any other available legal or equitable remedies, resulting from the illegal actions of Wells Fargo Auto Finance, Inc., a national consumer lender, in negligently and/or willfully placing or having calls placed to Plaintiff on her cellular telephone without her prior express consent and not for emergency purposes (sometimes referred to herein as "Prohibited Calls"), in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, ("TCPA").

2.     Plaintiff also brings this action for statutory damages, injunctive relief

and any other available legal or equitable remedies, resulting from the illegal actions of Wells Fargo Auto Finance, Inc. ("Defendant"), consumer lending company, in negligently and/or willfully placing Prohibited Calls in violation of the TCPA.

3.     Plaintiff is one such victim of Defendant's repeated Prohibited Calls. Worst of all, Plaintiff (and others similarly situated) do not even owe the debt at issue.  Plaintiff was never a customer of Wells Fargo Auto Finance and had no prior business relationship of any sort with Wells Fargo Auto Finance. She was only listed as a reference for a family member. She does not have joint ownership of the vehicle, she did not co-signed for the purchase of the vehicle, and she never gave her consent to be called on her wireless number. Most importantly, she has made explicit request to Defendant that they not call her wireless number. Defendant refused to comply and actually made demands for payment from Plaintiff. This is a problem faced by a large number of Americans and is summarized in a recent New York Times posting, entitled *"When a Debt Collector Calls for Debt You Don't Owe."*[1]

4.     In 1991, Congress enacted the TCPA in an effort to combat the invasion of privacy faced by everyday Americans who received unwanted calls.  In relevant part, the TCPA prohibits the use of an automatic telephone dialing system

---

[1] Jennifer Schultz, *When a Debt Collector Calls for Debt You Don't Owe*, N.Y. Times, Nov. 1, 2010.  (Available at, http://bucks.blogs.nytimes.com/2010/11/01/when-a-debt-collector-calls-for-debt-you-dont-owe/)

CLASS ACTION COMPLAINT FOR DAMAGES

1  to call any telephone number assigned to a cellular telephone service absent an

2  emergency purpose or the "prior express consent" of the called party.  The Federal

3
4  Communication Commission ("FCC"), the agency empowered to implement the

5  TCPA, mandates that "the burden will be on the creditor to show it obtained the

6  necessary prior express consent."[2]

7

8

9                    **JURISDICTION AND VENUE**

10      5.      This Court has jurisdiction under the Class Action Fairness Act of

11
12  2005 because Plaintiff seeks up to $1,500 in statutory damages for each of the

13  hundreds of calls that were placed to her cellular phone in violation of the TCPA,

14  which, when aggregated among a proposed class, numbering in the tens of

15
16  thousands, easily exceeds $5,000,000. Plaintiff is a Texas citizen and Defendant

17  Wells Fargo Auto Finance, Inc. is a citizen of Pennsylvania. Additionally, Plaintiff

18  seeks to represent numerous class members, who are citizens of various other

19
20  States.

21      6.      Venue is proper in the United States District Court for the Eastern

22  District of Pennsylvania pursuant to 28 U.S.C. § 1391(b) and 1441(a) because

23
24  Defendant resides in City of Chester, County of Delaware and is a citizen of

25  Pennsylvania.

26

27  [2] *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act*
    *of 1991*, 23 F.C.C.R. 559, at ¶ 10 (2008).
28

**CLASS ACTION COMPLAINT FOR DAMAGES**

## **PARTIES**

7.     Plaintiff is, and at all times mentioned herein was, an individual citizen of the State of Texas, and resident of the Tarrant County. Plaintiff is, and at all times mentioned herein was, a "person" as defined by 47 U.S.C. § 153(10).

8.     Wells Fargo Auto Finance, Inc. is, and at all times mentioned herein was, a national consumer lender specializing in automobile loans and a Pennsylvania corporation, whose principal place of business is 2501 Seaport Drive, Chester, PA 19013. Wells Fargo Auto Finance, Inc. does business throughout the country, including this District. Defendant is, and at all times mentioned herein was, a "person," as defined by 47 U.S.C. § 153(10).

9.     The FCC has mandated: "[a] creditor on whose behalf an autodialed or prerecorded message call is made to a wireless number bears the responsibility for any violation of the Commission's rules. Calls placed by a third party collector on behalf of that creditor are treated as if the creditor itself placed the call."[3] Thus, Wells Fargo Auto Finance is not only liable for Prohibited Calls its collections department makes, it is also vicariously liable for the Prohibited Calls placed by any collection calls seeking debt collection for Wells Fargo accounts.

10.     On information and belief and the investigation of counsel:  (a)

---

[3] *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 23 F.C.C.R. 559, at ¶ 10 (2008).

**CLASS ACTION COMPLAINT FOR DAMAGES**

Defendant placed Prohibited Calls to Plaintiff, demanding payments for a vehicle she does not own and did not co-sign for; (b) Defendant knew or should have known that Plaintiff is neither an owner of the vehicle nor a co-signer of the purchase agreement; (c) Defendant knew or should have known that it was placing Prohibited Call in their debt collection; and (d) Defendant refused to comply with a explicit verbal request to stop placing Prohibited Calls to Plaintiff.

## PLAINTIFF'S FACTUAL ALLEGATIONS

11.     Plaintiff has received numerous Prohibited Calls to her cellular phone during the past few months from Defendant.

12.     Plaintiff has incurred charges for these Prohibited Calls.  The FCC has made clear that "wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used."[4]

13.     During these Prohibited Calls Defendant used an "automatic telephone dialing system and/or an artificial or prerecorded voice" as prohibited by 47 U.S.C. § 227(b)(1)(A).

14.     These calls were for the purpose of collecting debt and were not for emergency purposes as set forth in 47 U.S.C. § 227(b)(1)(A).

15.     Plaintiff did not provide "prior express consent" to receive the Prohibited Calls on her cellular telephone as set forth in 47 U.S.C. § 227(b)(1)(A).

---

[4] *Id.* ¶ 7.

**CLASS ACTION COMPLAINT FOR DAMAGES**

16.     The Prohibited Calls received by Plaintiff were intended for a person other than the Plaintiff.

17.     Plaintiff had no business relationship with Defendant whatsoever, was never a customer of Defendant, and yet received Prohibited Calls seeking debt collection for an account belonging to a family member.

18.     These Prohibited Calls placed by Defendant were in violation of 47 U.S.C. § 227(b)(1).

## CLASS ACTION ALLEGATIONS

19.     Plaintiff brings this action on behalf of herself and on behalf of and all others similarly situated (the "Consent Class"), as follows:

> **All persons within the United States to whom Defendant has**
>
> **placed a call to said person's cellular telephone (without**
>
> **their prior express consent and not for emergency**
>
> **purposes) through the use of an automatic telephone dialing**
>
> **system or an artificial or prerecorded voice, within the four**
>
> **years prior to the filing of this Complaint.**

20.     Plaintiff also brings this action on behalf of herself and on behalf of all others similarly situated (the "Error Subclass"), as follows:

> **All persons within the United States to whom Defendant has**
>
> **placed a call to said person's cellular telephone (without**
>
> **their prior express consent and not for emergency**

**CLASS ACTION COMPLAINT FOR DAMAGES**

purposes) through the use of an automatic telephone dialing system or an artificial or prerecorded voice, within the four years prior to the filing of this Complaint, where such person is not the debtor (*i.e.*, not the intended recipient of Defendant's call).

21.    Plaintiff also brings this action on behalf of herself and on behalf of all others similarly situated (the "No-Relation Subclass"), as follows:

All persons within the United States to whom Defendant has placed a call to said person's cellular telephone (without their prior express consent and not for emergency purposes) through the use of an automatic telephone dialing system or an artificial or prerecorded voice, within the four years prior to the filing of this Complaint, where such person does not have any debtor-creditor relationship with the Defendant or the Defendant's clients (*i.e.*, the recipient of Defendant's call is a reference, co-signer, family member of the debtor or the like).

22.    Defendant, their employees and other agents, the Judge to whom this action is assigned and any members of the Judge's staff, and claims for personal injury, wrongful death and/or emotional distress are excluded from the Classes. Plaintiff reserves the right to expand the class definitions to seek recovery on

1    behalf of additional persons as warranted as facts are learned in further

2    investigation and discovery.

3           23.     Plaintiff does not know the number of members in the Consent Class,

4
5    Error Subclass and No-relation Subclass, but believes, based on Defendant's

6    market share and investigation of counsel, that the number is in the tens of

7    thousands, if not substantially higher.  Thus, joinder of all Consent Class, Error

8
9    Subclass or No-relation subclass is impractical due to the size and relatively small

10   value of each member's claim.

11          24.     Indeed, the Internet is replete with discussions between numerous

12
13   members of the Consent Class, Error Subclass, and No-relation Subclass — all

14   desperate to end Defendant's calls.  The following is a sampling, evidencing

15   Defendant's egregious violations of the TCPA, the invasion of privacy suffered by

16
17   members of the Classes, the numerosity of the Classes, the commonality of the

18   issues and the typicality of Plaintiff as a class representative:

19

20          "Not Me
21          25 Feb 2010

22           I don't have a loan with Wells Fargo Auto Finance...and I never have.
            But somehow, they are calling not me...but my parents' house...to get
23          ahold of me for issues on an auto loan. I called them back, and the
            person I spoke with said that they had the wrong person. Then they
24          called my parents AGAIN a few days later, and indicated that my Dad
            was a cosigner on my (non-existent) loan?????

25          Is this really even Wells Fargo? Or some scam company phishing for
26          personal information? Their phone system says Wells Fargo, but is it
            really them? They asked my mom for her social security number >.>
27
            Just a reminder to everyone to NEVER give out personal or financial
28          information over the phone to anyone that you didn't initiate a call to."

(Available at, http://800notes.com/Phone.aspx/1-800-511-1812/2)

"Wrong guy
20 July 2010

I just got this new phone number and the same day I started getting calls from this number: 1-800-511-1812. I told them I wasn't the person they were looking for and that I just got this new number. The calls stopped for a week then it started again. Then they would call from other numbers. I finally got angry and said I wasn't the guy they were looking for and to never call me again, remove my number, etc.. The lady on the other end told me she has this number and tried to get me to say I was lying about who I was.

I reported the incident to the BB and my local Attorney General's office for business violations under the fair credit act...not sure if that helps me but I figured any report is better than nothing."

(Available at, http://800notes.com/Phone.aspx/1-800-511-1812/2)

"coop
17 Nov 2010

They keep calling my new cell phone and asking for someone who i guess used to have this number. i have told them 5 times they have the wrong number but they still keep calling!"

(Available at, http://800notes.com/Phone.aspx/1-800-511-1812/2)

" Heather
7/14/2009

Wells Fargo Auto Finance started calling my cell phone about 7 months ago asking for a "Jeff & Marsha". My husband is Jeff, but there is no Marsha and they somehow only found my cell phone number (which is actually under the main account number held by my husband Jeff).

We have told them over and over they have the wrong number. We have talked with supervisors who have put us on a "no call" list. Sometimes when I call, they say they can't find our information at all."

(Available at, http://en.allexperts.com/q/Collections-Law-912/2009/7/Collector-Wrong-Person-won.htm)

"Carol
1/9/2009

No loan with this gang. They have been calling for months. They insist a male is owing them money and I am hiding him. "These calls will continue until you give us your SS #.' they call after 10 pm , before 8 am, several times a day. they say things like, 'so you are

refusing to get him?

I am a female senior living alone. One with this name was fired as manager of a gay bar in a city 50 miles away. If I can get this information, why can't they?

Verizon is refusing to assist me. police case and FTC case."

(Available at, http://www.ripoffreport.com/credit-debt-services/wells-fargo-aato-fin/wells-fargo-auto-finance-unlaw-3b33b.htm)

"Paul
2 Sep 2007

Woman spoke to my son. Asked for people of five different first names, finally got to mine. He told them I was out and to call back later. She did call back when I was not home, leaving a message to call the 800-565-2310. A few days earlier I got similar calls about some auto finance and told them they must have had the wrong person and wrong number. I earlier got a call from some automated system in which they voiced someone's name who never had this phone number and doesn't live at this address. I told them to stop and desist but these strange calls keep coming. If these calls continue I will report them for harassment to Federal authorities. If I get a call from someone who doesn't pick up within 3 seconds I will also automatically slam the phone down."

(Available at, http://800notes.com/Phone.aspx/1-800-565-2310/4)

25.    The members of the Consent Class, Error Subclass and No-Relation Subclass share well defined, nearly identical, questions of law and fact, which predominate over questions that may affect individual members of the Classes. These common questions of law and fact include:

a.    Whether, within the four years prior to the filing of this Complaint, Defendant have placed any calls (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice to any telephone number assigned to a cellular telephone service.

b.    Whether, within the four years prior to the filing of this Complaint, Defendant has placed any calls to any telephone number assigned to a cellular telephone service (without their prior express consent and not for emergency purposes) through the use of an automatic telephone dialing system or an artificial or prerecorded voice, seeking debt collection, where the person called never had a Wells Fargo Auto Finance account or business relationship with Wells Fargo Auto Finance. (i.e., not the intended recipient of Defendant's call).

c.    Whether Defendant's conduct was knowing and/or willful.

d.    Whether Defendant's can meet their burden of proving that they had obtained prior express consent for such calls to members of the Classes.

e.    Whether Defendant's should be enjoined from placing such calls in the future.

26.    The Classes are ascertainable and can be identified through Defendant's records.

27.    Plaintiff and members of the Classes are entitled to statutory damages as provided for under the TCPA.

28.    As a person that received numerous calls using an automatic telephone dialing system or an artificial or prerecorded voice: (1) without Plaintiff's prior express consent; and (2) as a person who is never had a Wells

**CLASS ACTION COMPLAINT FOR DAMAGES**

Fargo Auto Finance account, Plaintiff is asserting claims that are typical of the Consent Class, Error Subclass and No-Relation Subclass.

29.     Plaintiff will fairly and adequately represent and protect the interests of the Consent Class, Error Subclass and No-Relation Subclass in that Plaintiff has no interests antagonistic to any member of the Classes.

30.     Plaintiff and the members of the Classes have all suffered harm as a result of the Defendant's unlawful and wrongful conduct.  Absent a class action, members of the Classes will continue to face the potential for irreparable harm.  In addition, these violations of law will be allowed to proceed without remedy and Defendant will likely continue such illegal conduct.  Class-wide damages are essential to induce Defendant to comply with federal law.

31.     Because of the size of the individual class member's claims, few, if any, class members could afford to seek legal redress for the wrongs complained of herein.

32.     Plaintiff has retained counsel experienced in handling class action claims and claims involving violations of the TCPA.

33.     A class action is a superior method for the fair and efficient adjudication of this controversy.

34.     Defendant has acted on grounds generally applicable to the Classes and evidence of Defendant's TCPA violations can be determined on a class-wide basis.

**CLASS ACTION COMPLAINT FOR DAMAGES**

## FIRST CLAIM

## (NEGLIGENT VIOLATIONS OF THE TCPA)

35.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

36.    The forgoing acts and omissions of Defendant constitute numerous and multiple negligent violations of the TCPA, including but not limited to each and every one of the above-cited provisions of 47 U.S.C. § 227 *et seq.*

37.    As a result of Defendant's negligent violations of 47 U.S.C. § 227 *et seq.*, Plaintiff and each of the members of the Classes are entitled to statutory damages of $500 for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

38.    Plaintiff and the members of the Classes are also entitled to and seek injunctive relief prohibiting such conduct in the future.


## SECOND CLAIM

## (KNOWING AND/OR WILLFUL VIOLATIONS OF THE TCPA)

39.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

40.    The foregoing acts and omissions of Defendant constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not

limited to each and every one of the above-cited provisions of 47 U.S.C. § 227 *et seq.*

41.     As a result of Defendant's knowing and/or willful violations of 47 U.S.C § 227 *et seq.*, Plaintiff and each of the members of the Classes are entitled to treble damages, as provided by statute, up to $1,500, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

42.     Plaintiff and the members of the Classes are also entitled to and seek injunctive relief prohibiting such conduct in the future.

## PRAYER FOR RELIEF

43.     WHEREFORE, Plaintiff respectfully requests the Court grant Plaintiff and the members of the Classes the following relief against Defendant:

a.     An Order, pursuant to Federal Rule of Civil Procedure 23(c) and (g), certifying the proposed Consent Class, Error Subclass and No-Relation Subclass and appointing Plaintiff's undersigned counsel of record to represent the Consent Class, Error Subclass and No-Relation Subclass.

b.     An Order issuing an injunction, pursuant to 47 U.S.C. § 227(b)(3)(A), enjoining Defendant from placing any further Prohibited Calls to members of the Classes and complying with the TCPA.

c.     As a result of Defendant's negligent violations of 47 U.S.C. § 227(b)(1), Plaintiff seeks for herself and each member of the Classes $500 in

-14-

statutory damages, for each and every violation (each Prohibited Call),
pursuant to 47 U.S.C. § 227(b)(3)(B).

d.      As a result of Defendant's willful and/or knowing violation of 47
U.S.C. § 227(b)(1), Plaintiff seeks for herself and each member of the
Classes treble damages, as provided by statute, up to $1,500 for each and
every violation (each Prohibited Call), pursuant to 47 U.S.C. § 227(b)(3)(B)
and 47 U.S.C. § 227(b)(3)(C).

e.      An award of attorneys' fees and costs to counsel.

f.      Such other relief as the Court deems just and proper.

## TRIAL BY JURY

44.     Plaintiff demands a jury trial on all claims

**SHAFFER & GAIER, LLC**

Dated: / - 27 \ ||

By: _____
MICHAEL D. SHAFFER, ESQUIRE
Attorney for Plaintiff Claudia Johnson
and the Proposed Classes