UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDIA JOHNSON, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO AUTO FINANCE, INC.<br><br>　　　　　　　　Defendant. | CASE NO. 11-cv-618-BMS<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

-1-
**STIPULATION DISMISSING ACTION WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Claudia Johnson ("Plaintiff") and defendant Wells Fargo Auto Finance, Inc., by and through their respective counsel of record, hereby stipulate and agree to the dismissal of the entire action without prejudice to Plaintiff or the proposed classes.

**IT IS SO STIPULATED.**

Dated: April 25, 2011　　　　　　　　　　　**SHAFFER & GAIER, LLC**

　　　　　　　　　　　　　　　　　　　　　By: /s/ Michael D. Shaffer
　　　　　　　　　　　　　　　　　　　　　MICHAEL D. SHAFFER, ESQ.
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Claudia Johnson

Dated: April 25, 2011　　　　　　　　　　　**BALLARD SPAHR LLP**

　　　　　　　　　　　　　　　　　　　　　By: /s/ Martin C. Bryce, JR.
　　　　　　　　　　　　　　　　　　　　　　　　MARTIN C. BRYCE, JR.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　WELLS FARGO AUTO FINANCE, INC.